IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RON WESLEY HAYES                                                                                    PLAINTIFF

v.                                         Civil No. 4:19-cv-04054

CORPORAL HENDERSON, Miller County
Detention Center ("MCDC"); NURSE KING,
MCDC; CAPTAIN ADAMS, MCDC;
SERGEANT GRIFFESON, MCDC; SERGEANT
STUDDARD, MCDC; and JOHN DOE OFFICERS,
Texarkana Police Department                                                                    DEFENDANTS

## ORDER

Plaintiff Ron Wesley Hayes filed this case *pro se* pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion to Subpoena video footage. (ECF No. 12).

Plaintiff asks this Court to subpoena video footage from the Walmart parking lot from April 18, 2019 and body camera footage from the arresting officers that same evening as this will "aid in proving innocence." *Id.* at p. 2. Plaintiff's motion is premature as none of the named Defendants have been formally served in this lawsuit. Accordingly, Plaintiff's Motion to Subpoena video footage (ECF No. 12) is **DENIED**.

**IT IS SO ORDERED** this 10th day of July 2019.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE